JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 23-8832-JFW(SP)** | Date: April 3, 2024 |

Title: Derrick L. Williams -v- Sheriff Luna, et al.

---

**PRESENT:** HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER DISMISSING CASE FOR FAILURE TO FILE COMPLETE REQUEST TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1). However, prisoners must still pay the filing fee, but may do so through monthly installment payments if granted IFP. 28 U.S.C. § 1915(b).

On December 15, 2023, the Court postponed ruling on Plaintiff's IFP Request ("Request") because it was incomplete. (Dkt. 6). The Court directed Plaintiff to either: (1) refile a fully completed Request; or (2) pay the full filing fee. (Id.) The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. (*Id*.)

On February 5, 2024, the Court again Postponed ruling on Plaintiff's IFP Request to allow him additional time to provide the missing information or pay the fee. (Dkt. 8). The Court repeated its warning that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. (*Id*.).

On February 16, 2024, Plaintiff filed a largely illegible handwritten letter with the Court. (Dkt. 10.) As best as can be gleaned from the letter, Plaintiff indicated he was still attempting to obtain the required missing documentation to support his Request. (Dkt. 10.)

As a courtesy, the Court has informally provided additional time to comply with the prior Orders. This case has now been pending over five months without a complete Request or payment of the filing fee. Accordingly, this action is **DISMISSED without prejudice**. *See, e.g., Allen v. United States Dist. Ct. Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed qualify for IFP or pay filing fee).
.
IT IS SO ORDERED.